UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

------------------------------------------------------------X
VALDO CASTILLO

                Plaintiff,

  -against-

                Case No.: 1:23-cv-00802

ZURICH AMERICAN INSURANCE CO.

                Defendant.
------------------------------------------------------------X

**AGREED ORDER OF DISMISSAL WITH PREJUDICE**

The Court, after considering the Parties Agreed Motion to Dismiss With Prejudice and the representations by counsel that all matters in controversy between the Parties have been resolved, and that the Parties desire all matters in controversy between them to be dismissed with prejudice, finds that such dismissal is appropriate and in the interests of justice. Accordingly, it is hereby

ORDERED, ADJUDGED AND DECREED, that all claims that were asserted in this cause or that could have been asserted in this cause by the Parties, including any and all claims for damages, are hereby dismissed with prejudice. It is further,

ORDERED, ADJUDGED AND DECREED, that all Parties shall pay their own attorney's fees and court costs prejudice without fees or costs to either party as against the other.

This is a final Order by the Court disposing of all claims in the suit.

SIGNED this       date of March 15, 2024

_____
David Alan Ezra
Senior United States District Judge